<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1582**

In re:  JIMMIE VANCE GRUBBS,

Petitioner.

On Petition for Writ of Mandamus.  (3:06-cr-00048-RJC-CH-1)

Submitted:  July 18, 2013                   Decided:  July 22, 2013

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jimmie Vance Grubbs, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmie Vance Grubbs petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C.A. § 2255 (West Supp. 2013) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Grubbs' § 2255 motion on May 17, 2013. Accordingly, because the district court has recently decided Grubbs' case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2